IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL YOUNG,

    Plaintiff,                                     JUDGMENT IN A CIVIL CASE

v.                                                 13-cv-516-wmc

DAVID SPRICK and
UNIVERSITY OF EAU CLAIRE
WISCONSIN POLICE OFFICERS,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Michael Young's motion for leave to proceed and dismissing this case.

| /s/ | 12/3/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |